UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SCOTT KAPLAN                                    CIVIL ACTION

VERSUS                                          NO: 15-272

JANE KAPLAN                                     SECTION: R(3)


**ORDER**

Before the Court is plaintiff Scott Kaplan's complaint against his ex-wife Jane Kaplan seeking money allegedly owed to him under the parties' Illinois state-court divorce decree.[1]  On January 30, 2015, the Magistrate Judge ordered plaintiff to show cause by March 2, 2015 why the case should not be dismissed for lack of subject-matter jurisdiction and improper venue.[2]  Plaintiff failed to respond to the Magistrate Judge's show cause order, and the Magistrate Judge authored a Report and Recommendation ("R&R") recommending that the Court dismiss plaintiff's action for lack of subject-matter jurisdiction and improper venue.[3]  Plaintiff has not filed an objection to the Magistrate Judge's R&R.

The Court has reviewed the plaintiff's complaint, the applicable law, and the Magistrate Judge's unopposed R&R, and hereby approves the R&R and adopts it as its opinion.

---

[1] R. Doc. 1.

[2] R. Doc. 3.

[3] R. Doc. 4.

Accordingly, plaintiff Scott Kaplan's complaint is hereby dismissed without prejudice for lack of subject-matter jurisdiction and improper venue.

New Orleans, Louisiana, this __14th__ day of May, 2015.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE